# EXHIBIT B

**From:** ████████████████████████████
**Sent:** Wednesday, July 8, 2020 11:25 AM
**To:** Stacey Lidman <slidman@schumacherhomes.com>
**Subject:** Re: Land Broker Contact Information

We became uncomfortable with the number of negative reviews for your organization, particularly BBB.

On Jul 8, 2020, at 11:21 AM, Stacey Lidman <slidman@schumacherhomes.com> wrote:

████, thank you for letting me know! May I ask why? We are always looking for ways to improve and I would love some feedback.

**Stacey Lidman | New Home Consultant**

**Schumacher Homes Centurion Club**

t:828-490-4806 | f:828-490-4809 | c:828-712-5240

slidman@schumacherhomes.com | schumacherhomes.com

**From:** ████████████████████████████
**Sent:** Wednesday, July 8, 2020 10:37 AM
**To:** Stacey Lidman <slidman@schumacherhomes.com>
**Cc:** Stephanie Bradley <sbradley@schumacherhomes.com>
**Subject:** Re: Land Broker Contact Information

Stacey,

We are cancelling our appointment with you on Sunday July, 12th, and will not need to reschedule.

Thank you,

████████

Sent from my iPhone

On Jul 6, 2020, at 12:49 PM, Stephanie Bradley <sbradley@schumacherhomes.com> wrote:

Hey ████,

It was a pleasure speaking with you today and I have your online appointment set for this Sunday July 12th at 1 pm with Stacey!

Our preferred land broker is Andrew Lanteri with Weichert Relators here in Asheville and his contact information is

Cell…. 203-260-7848

Office… 828-687-1083

Please feel free to reach back out to me if you have any questions as well.

Have a Wonderful Rest of Your Day & All My Best,

**Stephanie Bradley | Sales Coordinator**

t:828-490-4798 | f:828-490-4802 | c:828-707-4760

sbradley@schumacherhomes.com | schumacherhomes.com