# UNITED STATES DISTRICT COURT WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
### C.A. NO.: 1:21-cv-00260-MOC-WCM

| | |
|---|---|
| Schumacher Homes of North Carolina, Inc., and Richard Smothers, <br><br> Plaintiffs, <br><br> v. <br><br> Keith Buchanan and Dianna Buchanan, individually, <br><br> Defendants. | ) ) ) ) ) ) **NOTICE OF FILING OF AFFIDAVIT IN** ) **OPPOSITION TO MOTION FOR** ) **TEMPORARY RESTRAINING ORDER** ) ) ) ) ) ) |

NOW COME the Defendants, Keith and Dianna Buchanan, who hereby notify the Court and the Parties of the filing of the Affidavit of Keith Buchanan with Exhibits A through G in opposition to the Plaintiffs' Motion for Temporary Restraining Order. Defendants only just received notice of the Motion for Temporary Restraining Order by email the evening of September 29, 2021 and are submitting this affidavit for the Court's consideration at the hearing on the Motion for Temporary Restraining Order, set for 1:30 PM on Monday, October 4, 2021.

This the 1st day of October, 2021

                                                 ASHEVILLE LEGAL

                                                 */s/ Jake Snider*
                                                 Jake Snider, NC Bar # 46416
                                                 Annabelle Chambers, NC Bar #55735
                                                 349 Haywood Road
                                                 Asheville, NC 28806
                                                 (828) 350-9799
                                                 Jsnider@ashevillelegal.com
                                                 Achambers@ashevillelegal.com

                                                 ATTORNEYS FOR DEFENDANTS

**NOTICE OF FILING OF AFFIDAVIT** - Page 1

## **CERTIFICATE OF SERVICE**

      This is to certify that today the foregoing document was electronically filed using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

    This 1st day of October, 2021.

                                    */s/ Jake Snider*
                                    Jake Snider

**NOTICE OF FILING OF AFFIDAVIT** - Page 2