# EXHIBIT B



JAMES S. TATE, P.E.   JASON M. REEP, P.E.   JOSHUA J. WINCHESTER, S. E.   J. KIRK VIOLA, P.E.   VANCE D. CARRIGAN, P.E.

September 24, 2021

Keith Buchanan
194 Treasure Valley Drive
Nebo, NC 28761

RE:   Foundation Wall Cracking
      194 Treasure Valley Drive
      Nebo, NC 28761

Dear Mr. Buchanan,

Per your request, we visited the above referenced site on August 26, 2021 to review cracking along the masonry foundation wall to the rear of the residence. At the time of our visit, there were two vertical cracks in the masonry foundation wall that were visible from the crawlspace. During our site visit, our office also noted signs of floor sagging and separation of wall molding and signs of nail withdrawal in the ceiling and walls in multiple areas around the residence.

Based on a report done by Catawba Valley Engineering and Testing dated July 15, 2021, which was provided to our office during our site visit, a Ground Penetrating Radar Scan was done on the masonry foundation walls around the structure which indicated only one row of horizontal joint reinforcement along one side of the structure only, and no vertical reinforcement in any of the foundation walls. According to the report, the scan also indicated none of the masonry units were grout-filled, neither above and below grade.

Based on our site visit and the report provided to our office, it is the opinion of our office that the masonry foundation walls do not meet the required minimum reinforcement based on the 2018 North Carolina Building Code. It is the recommendation of our office that the foundation walls be replaced with new foundation walls that meet the minimum design and reinforcement requirements set forth in the 2018 North Carolina Building Code.

Sincerely,

**TAYLOR & VIOLA STRUCTURAL ENGINEERS, P.C.**

William D. Laatsch, E.I.                        James S. Tate, P.E.