# EXHIBIT D

"Christina Anderson" [christi.anderson16@gmail.com]

**Sent:** Apr 29, 2:37 pm

**To:** "info@schumachervictims.com"

Thank you so very much for this, count us in. We have also experienced numerous issues with our home during and after the building process.

Thank you for reaching out.

Christi & JJ Apodaca

"darryl hartzog" [ddhartzog@yahoo.com]

Sent: Jun 4, 5:13 pm

To: "info@schumachervictims.com"

Thank you for this information we thought we were alone. So where do we begin. First off I'll add pictures to this email which are the floors that were terribly installed. We was told by the building supervisor to bring in our appliances, the next day they were stolen. Insurance only paid half. We had building material stolen also. The supervisor Billy did a terrible job of making sure things were secure. We complained to Shumaker staff but to no avail. Our septic tank was a big deal but once it was finished the inspector never was notified by building supervisor. We had to stay in a hotel for two weeks due not having a C of O.  I could go on and on but to sum it up Schumacher homes didn't seem to care. Once we got our C of O. All communication stop. No keys, no fixing the things we had on list nothing. This was a bad experience and we would not recommend Schumacher home to an enemy. Thanks for your time and hopefully no one else has to go through what we went through.

Sincerely Mr and Mrs Darryl and Sharon Hartzog

**Name**
Erik John Kleinknecht
**Email**
erikklein506@yahoo.com
**Message**
We had a house build 5 years ago, Paul Schumacher was the worst thing we went through, I'd like to talk to someone if that's ok.

"Juliann May" [juliann.f.may@gmail.com]

**Sent:** Apr 26, 2:51 pm

**To:** "info@schumachervictims.com"

Hello,

Thank you for reaching out to us. Everything you have mentioned (as well as what is listed on your website) has applied to our Schumacher Home experience. Due to the horrible experience we were so wiped out financially we had to sell the house. Before doing so we consulted an attorney but would have to spend even more money to pursue anything and had to sell the home to move on from it. We were made aware of even more concerns when the buyer had the home inspected which further support items mentioned in your email. Any evidence from an inspection that I have is from an inspection paid for by the person that purchased our home. I do have all my emails and documentation from Schumacher from the whole process. I also have an estimate from an HVAC company that came out and informed us that there were several items not done to code with the HVAC.

Since we are no longer living in the home (it only closed on 3/26/21) I am not sure if we would be able to assist as much as we would love some form of retribution from all the wrong doings and to save others from the same experience. What do you advise? The issues from the build cost us in several ways, including loss of funds on the sale, the impact to our health (my husband had to go to the hospital for heart issues during the whole process), etc.

We would love to hear any thoughts about how we could assist in this cause even though we had to sell the home.

Thank you,
Juliann

"Lisa Thomson" [lmthomson5@gmail.com]

Sent: Mon, 12:05 pm

To: "info@schumachervictims.com"

Thank you.  Our garage door fell off the tracks again and we have yet to hear back from Schumacher.  That really put my husband over the top, along with the electric not being to code, windows that you feel cold air through in the winter and the list goes on.

Lisa

On Mon, Jun 14, 2021 at 11:11 AM <info@schumachervictims.com> wrote:

> Sorry to hear you must have found more issues.  The fastest way is to use the link we put on the website.  We mailed our complaint and called and due to COVID they want everything done online.
>
> Here is the direct link to file a complaint if that's faster for you as well.
>
> Once you do this the person handling it should be Maria Harkley at the Attorney General's Office.
>
> Attorney General Link (scroll down to see the form after you go to the link):
> https://ncdoj.gov/file-a-complaint/consumer-complaint/

The following is a synopsis of our home building experience with Schumacher Homes of Asheville. It started early, and never got better. In fact, to this day, this house costs us thousands of dollars as we discover more and more poor quality items.

1. Footers: We walked through with our first project manager, staked out the way we wanted our home to face, and asked that they not pour those without us first approving and making sure it was facing the mountain range, at an angle, like the rest of the homes in the subdivision. They not only moved the stakes, they poured the footers at an incorrect angle. This completely took away from our view and the whole point of buying this particular lot. This could have an adverse effect on resale, especially now that there is a home below us that blocks part of what view we did have because the house was placed incorrectly. When we brought it to their attention, we were told it was too late.

2. Master Shower: The tile in our master shower was deplorable and we requested it be redone several times. It never looked professionally done, and 2 1/2 years after the home was built, a black mold appeared in the shower. Even after cleaning it, going on vacation for 10 days, when we came back, new mold had grown. We brought in a contractor to see if he could figure out why. His thought was the water proofing was either not done, or not done correctly. He turned out to be correct. The water was seeping through the grout and into the wall board and creating mold. I have an auto-immune disorder and this had to be remedied immediately. The entire shower was torn out, to discover soaking wet wall board and a trough of water running along the step into the shower. I have video and pictures of this as proof. The contractor and his tile installer were disgusted at the lack of care about safety, not to mention how awful the shower was aesthetically.

   In addition to the shower, floor tiles in master bath have popped up and grout has completely decayed leaving no grout in those spaces. We had it repaired once, but it has happened again and we cannot afford to fix those because the entire floor would have to be torn out and completely replaced.

3. Crawlspace: Water is seeping into the blocks almost everywhere causing a horrible odor. Two estimates have been received and the consensus is that the drainage was never done correctly, flashing was not placed on top of the blocking, and excavating and encapsulating, to the cost of $15,000 - $20,000 will be necessary. After having to redo the shower and the kitchen in our "new" home, we will have to endure the smell until we can save to remedy this situation.

4. 4 years in, our dishwasher quit working. When the appliance man came to fix it, he discovered that our granite was sitting directly on top of the dishwasher causing it to turn on and off, and subsequently, damaging the island cabinets and floor underneath. The only remedy was to break the granite because we could not get the dishwasher out from the weight, and tear out the island. Flooring had to be replaced, dishwasher had to be repaired at a great expense, and the entire island cabinetry had to be replaced.

5. The stain on the front porch wood was incorrectly polyurethaned and began to peel almost immediately. We had to hire an independent painter to sand down and paint the wood, as repeated attempts at staining were unsuccessful.

6. The toilets had to be replaced because they did not flush correctly. The plumber had never heard of the cheap brand placed in our home.

7. Perimeter kitchen cabinets ordered were to be a level three with easy close hinges. Level one cabinets were delivered and the manager, Steve, would not correct this. They added after factory easy close hinges which didn't work well at all. When the island was replaced, we

replaced all the cabinets because they were cheap, embarrassing and peeling everywhere. In a "new" home.

8. We have had molding literally fall off the walls. Siding is splitting and coming off in areas. We cannot use certain outlets at the same time because it trips the breakers.

9. The hot water tank was installed with a damaged valve and a large dent in it. Only after we insisted, and had an independent plumber look at it that indicated it was a hazard, did they replace it.

10. Front porch pillars are installed directly on cement. This is already causing rot and they will need to be replaced in the near future.

11. Most recently, the railing leading up to the bonus room, fell off the wall. The cheap bracket used to hold it literally snapped in half. Our disabled daughter could have been severely injured as a result of this as she was holding on to it at the time. Luckily, she fell forward instead of backward.

We hired an independent home inspector after we moved in because it was obvious there were many things wrong with this house. A copy of that can be provided. We have photos of each of the above, professional contractors willing to write an affidavit and/or testify to the shoddy, horrible way our home was built. What a disappointment in the house that was to be our retirement home. We are always waiting for another catastrophe and have never truly enjoyed the home. We have had to spend tens of thousands of dollars on the house after the fact because things were done so poorly.

We had 4 project managers in a year build. Schumacher Homes in Asheville should have to reimburse us for all of the expenses we have incurred, however, we would be extremely happy if they were closed down to prevent any other families from having to go through the 5 years of torture that they have caused us.

If we can provide any testimony, photos, videos or further proof, we are happy to do so. Thank you for your attention to this very serious and important matter. We know we are not the only ones ripped off by Schumacher Homes, in fact, there are too many to list. We hope you will do your due diligence and find Schumacher Homes to be negligent and irresponsible and not only fine them heavily, but force them to make reparations and then close them down.

Thank you,

William & Rhonda Mountain
74 Ridgeview Hill Drive
Hendersonville NC 28791

828-785-3232 Rhonda
828-785-2102 William

"teague swalm" [teagueswalm@hotmail.com]

**Sent:** 3/11/20 6:06 pm
**To:** "keith@aplusnetworking.com"
**Cc:** "Adinna.Mullins@gmail.com", "Rhonda Mountain", "brian8677@gmail.com"

All,

Our home inspection is complete.
Unfortunately, we found several significant issues, including foundation cracks, floor sag (due to inadequate foundation & understructure), unshingled roof sections (only visible from above), and an HVAC system that simply doesn't work.

I echo Keith in that $450 is well worth the cost to have a professional look over our house.

VR
Teague

**Name**
Tornado Troy Gobel
**Email**
tornadotroy@gmail.com
**Message**
We have a Schumacher House that has some of the same problems we've seen in the pictures. I will launch a complaint. Thanks. What is next?

# Re: SCHUMACHER HOMES AVL - VICTIM AS WELL

"Brian Fox" [brian8677@gmail.com]

**Sent:** 3/6/2020 9:52 PM

**To:** ""keith@aplusnetworking.com"" <keith@aplusnetworking.com>

Hi Keith,

I hear you, what a nightmare. Things they were supposed to do, they never finished... absolute nightmare. Total scam... I'd be happy to be added to your list of home owners that went through this too. Feel free to call me with any questions. 8287759698. I'd love to get some of the money back, don't know if that could happen, but it'd sure be nice.

Thanks,
Brian

Sent from my iPhone

> On Feb 24, 2020, at 10:30 AM, keith@aplusnetworking.com wrote:
>
>
> We just moved into our new Schumacher Home a few months back and less than 60 days in paid for a home inspection to be done and it was horrible. The lies, coverups etc. and no supervision onsite. Long story short I managed to see it going south early and made walk through narrated videos throughout the build, kept ever text message, every phone call, etc. and have a lot of lies and broken promises in one form or another. In our case it includes bank and appraisal fraud as well. We are filing a formal complaint with the NC Dept. of Justice Consumer Protection Division, NC Board of Licensed Contractors, as well as the Federal Trade Commission along with others. We are trying to include the Name and contact number for other victims so the investigators can see this is not an isolated case but in fact a pattern of what in my mind is a SCAM to the highest degree. Could you please contact me? Keith Buchanan (828) 803-0588 cell.
>
> Thanks,
> Keith
> _____
>
> Keith Buchanan
> APlusNetworking.com, Inc.
> Voice : 1.800.320.2098
> support@aplusnetworking.com
> http://www.aplusnetworking.com
>
> _____

Copyright © 2003-2021. All rights reserved.

# No Subject

"teague swalm" [teagueswalm@hotmail.com]

Sent: 3/11/2020 6:06 PM

To: ""keith@aplusnetworking.com"" <keith@aplusnetworking.com>

Cc: ""Adinna.Mullins@gmail.com"" <Adinna.Mullins@gmail.com>, ""Rhonda Mountain"" <rhondajmountain@gmail.com>, ""brian8677@gmail.com"" <brian8677@gmail.com>

All,

Our home inspection is complete.
Unfortunately, we found several significant issues, including foundation cracks, floor sag (due to inadequate foundation & understructure), unshingled roof sections (only visible from above), and an HVAC system that simply doesn't work.

I echo Keith in that $450 is well worth the cost to have a professional look over our house.

VR
Teague

*Sent from my Verizon LG Smartphone*

------ Original message------
**From:** keith@aplusnetworking.com
**Date:** Mon, Mar 9, 2020 1:34 PM
**To:** teague swalm;
**Cc:** Adinna.Mullins@gmail.com;Rhonda Mountain;brian8677@gmail.com;
**Subject:** RE: Re: Recent Schumacher "Victims"

My wife and I will be, schedule permitting.

Thanks,
Keith

Keith Buchanan
APlusNetworking.com, Inc.
Voice : 1.800.320.2098
support@aplusnetworking.com
http://www.aplusnetworking.com

--------- Original Message ---------
Subject: Re: Recent Schumacher "Victims"
From: "teague swalm" <teagueswalm@hotmail.com>
Date: 3/9/20 1:04 pm
To: "Keith Buchanan" <keith@aplusnetworking.com>
Cc: "Adinna.Mullins@gmail.com" <Adinna.Mullins@gmail.com>, "Rhonda Mountain" <rhondajmountain@gmail.com>, "brian8677@gmail.com" <brian8677@gmail.com>

All,

Sorry, but I mistakenly suggested a time/date w a conflict.
Will need to reschedule, time TBD, which I'll do soonest.

In the meantime, assuming schedules work out, who intends to show up?

Thnx,
Teague

*Sent from my Verizon LG Smartphone*

------ Original message------
**From:** Keith Buchanan
**Date:** Sat, Mar 7, 2020 9:50 AM
**To:** teague swalm;
**Cc:** Adinna.Mullins@gmail.com;Rhonda Mountain;brian8677@gmail.com;
**Subject:** Re: Recent Schumacher "Victims"

My wife Dianna and I will be there. Please let us know what we can bring (snacks, drinks, etc).

Thanks,
Keith

_____

Keith Buchanan - APlusNetworking
1.800.320.2098
keith@aplusnetworking.com

> On Mar 7, 2020, at 07:19, teague swalm <teagueswalm@hotmail.com> wrote:
>
> Hi there, Teague Swalm et al here.
>
> Keith, thnx for reaching out. I echo what you've said regarding disappointment with this company and the finale product they've handed us.
>
> I suggest we get together as a group, in person, to discuss a best way forward prior to taking definitive action.
> In fact, I'll lean forward so much as to suggest a time and place,,, our home (159 Treetops Ln, Asheville), Saturday, 28 March, 6ish.
> **Please RSVP via this email chain**
>
> Solidarity will likely serve us better solving discrepancies whether it be via the contractual warranty, official complaint, and/or legal action. Schumacher is a big company and their contract is written strongly in their favor, so I submit that without collective strength, individual attacks will be fended off rather easily and long term fixes much less effective.
>
> Our home inspection is scheduled for March 11. In addition, we've been compiling a list of both major and minor issues with our home, none which we've yet addressed with Schumacher. We don't want them to be able to argue that they've been appropriately responsive to date. Rather we want the negligence with which they served us to be overwhelmingly evident when we initially engage.
>
> At the end of the day, we've invested a lot of money in a home that we intend(ed?) to live out our years within, and it needs to be made right. I also echo Keith in that we'd like to prevent other would-be buyers from suffering the same experience.
>
> We look forward to meeting y'all & hope we can make this group work to all of our advantage.
>
> Sincerely,
> Teague & Carolina
>
>
> *Sent from my Verizon LG Smartphone*
>
> ------ Original message------
> **From:** Keith Buchanan
> **Date:** Fri, Mar 6, 2020 1:21 PM
> **To:** Keith;
> **Cc:** Adinna.Mullins@gmail.com;Rhonda Mountain;teagueswalm@hotmail.com;
> **Subject:** Recent Schumacher "Victims"

Hello all;

I am trying a different method to connect us all together. We all have similar stories and I chose to pay for a full home inspection company to come in and inspect our home less than 60 days after occupancy. The private home inspector caught many things that should have been caught by Schumacher including blatant lies by any of the three "builders" we had from Schumacher AVL and we are facing possibly being out of our new home weeks for repairs and corrections now to correct it with estimates that are staggering to see after paying for the completion of a new home promised to be of great quality by Schumacher. I have zero faith in anyone Schumacher Homes AVL might try to send. So my wife and I most likely will proceed with filing formal complaints to the NC Licensing Board of General Contractors, NC Dept. of Justice Consumer Protection Division, Federal Trade Commission for misleading or false advertising etc., NC Real Estate Board of Appraiser (Tamara Nash of Schumacher AVL, in our case, told the appraiser to ignore the contract and appraise the home as with Fiber Cement siding which falsely elevated the appraisal by approximately $20k); we plan to provide these agencies with several estimates of the money needed to make us whole again and correct all the issues with our home but code violations, inferior craftsmanship, and/or failing components. Just this week we have had two new thermostats and the primary motor on our air handler replaced which was faulty from their initial install.

Teague Swalm has similar issues with his home and he has also contacted the same Home Inspection company to come do a full inspection of his new Schumacher home as well.

He and I have talked and we both recommend that all of you consider a private Home Inspection heavily as it could serve us later as a non-biased report with proof of inadequate supervision, code violations, and inferior construction by Schumacher AVL.

I will stop there for now but wanted to connect all of us together and it seems this email chain may be best.

Rhonda Mountain has several other neighbors (best I recall) who also hopefully we could add to this group to strengthen our complaints collectively vs. individually. I personally want to help prevent others from falling for what I believe to be a SCAM of the highest degree with Schumacher Homes AVL. The lies presented and told need to be stopped and prevent others from falling into the trap we did.

Hope everyone has a great weekend.

Thanks,
Keith

_____-

Keith Buchanan
(828) 803-0588
keith@aplusnetworking.com

Copyright © 2003-2021. All rights reserved.

**Name**
William Jackman
**Email**
billjac@comcast.net
**Message**
Thanks for contacting us about our Schumacher experience. Our major complaint is with the slow completion of our home and the obvious low priority our job received while we lived 10 hours away in Pittsburgh where our concerns were easily ignored by Eric Anderson of the Asheville office and by Rich Smothers, his superior. Our house contract was signed 12/1/17, ground wasn't broken until 3/6/18 and we took ownership of an uncompleted house on 3/20/19 as painters worked literally over our heads. The contracted concrete driveway was not there and we agreed with Anderson to claw back the money from our lender and find our own contractor just so we would have a place to live, our home in Pittsburgh closing on 4/5/19. Multiple pleading emails and phone calls to Anderson and Smothers were deflected as months 9, 10 and 11 passed with minimal progress on the build. Our young "builder", Ryan Wimmer was clearly a trainee who "resigned" after a heavy brick front staircase detached from the house shortly after its completion. Apparently supervising a solid foundation for the stairs was too much trouble. Schumacher ate the cost, not us. Ryan also saw that the bricklayers got paid even though our red brick front was splattered with mortar from sloppy, unsupervised work. Much of the slop remains to this day despite a heavy power wash under warranty TWO YEARS later. The builder who replaced Ryan lasted no more than 2 months when the overworked Anderson, declared HE would become our builder. Work continued at the usual snail's pace until we took ownership of the described unfinished house on 3/20/19. The interior never even received the promised cleaning after the 1 year build and we were wiping up red clay for weeks. There are no code violations and the house seems solid and structurally sound but Anderson and Smothers showed a pattern of disinterest in our long ordeal and they failed completely in supervising subs and finishing our home in a timely manner.