IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-cv-00260-MOC-WCM

| | | |
|---|---|---|
| SCHUMACHER HOMES OF NORTH CAROLINA, INC. and RICHARD SMOTHERS, | ) ) ) ) | |
| Plaintiffs, | ) ) | ORDER |
| v. | ) ) | |
| KEITH BUCHANAN and DIANNA BUCHANAN, | ) ) ) | |
| Defendants. | ) ) | |

Before the Court is "Defendants' Request for Informal Conference Regarding Discovery Issues Pursuant to F.R.C.P. 16(B)(3)(b)(V)" (Doc. 53).

To assist the Court in its consideration of this motion, the parties **SHALL FILE**, on or before September 25, 2023, a joint memorandum, of no more than three pages, exclusive of exhibits, that sets forth the following:

1. The specific discovery dispute(s) and each party's position regarding the dispute(s); and

2. A statement as to whether the parties consent for the Court to issue rulings or other orders, as the Court in its discretion may deem appropriate, regarding the discovery dispute(s) during an informal video conference (to be held on the record) and without further briefing or motions practice.

It is so ordered.

Signed: September 20, 2023

W. Carleton Metcalf
United States Magistrate Judge