IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-cv-00260-MOC-WCM

| | | |
|---|---|---|
| SCHUMACHER HOMES OF NORTH CAROLINA, INC. and RICHARD SMOTHERS, | ) ) ) ) | |
| Plaintiffs, | ) ) | ORDER |
| v. | ) ) | |
| KEITH BUCHANAN and DIANNA BUCHANAN, | ) ) ) | |
| Defendants. | ) ) | |

This matter is before the Court for the resolution of certain discovery disputes that were identified in the parties' "Renewed Request for Informal Discovery Conference and Joint Memorandum in Consideration of an Informal Conference to Address Discovery Disputes Pursuant to F.R.C.P. 16(B)(3)(b)(V)" (the "Renewed Request," Doc. 57) and discussed during a conference that was conducted by the undersigned on October 4, 2023.

During the conference, the undersigned issued oral rulings with regard to the discovery disputes. This Order memorializes those rulings as follows:

1. Customer Survey Data: Plaintiffs are directed to produce a copy of the customer survey form and/or the questions asked on the customer survey form, if that information can be located using reasonable efforts.

1

2. Roster of Schumacher's Builders: Plaintiffs are directed to produce a list of builders from January 2015 through the end of 2019.

3. Customer Contact Information: Plaintiffs are directed to produce the contact information for any customers upon which Plaintiffs base their damages claims.

4. Employee Review Documents: The parties agreed that these documents have been produced. Therefore, this issue is moot.

5. Schumacher's Advertising Materials: Plaintiffs are directed to produce digital copies of relevant billboards and television advertisements.

6. Plaintiffs are directed to produce the subject materials no later than October 16, 2023.

It is so ordered.

Signed: October 4, 2023

W. Carleton Metcalf
United States Magistrate Judge